UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 4:22-CR- 361 |
| v. | : | (Judge ) |
| **DANIEL J. PICCA,** Defendant. | : | |

FILED
HARRISBURG, PA
OCT 1 2 2022
PER AAA
DEPUTY CLERK

# **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT 1**
18 U.S.C. § 2425
(Use of Interstate Facilities to Transmit Information About a Minor)

From in or around January 2016 through on or about April 10, 2018, in Centre County, Pennsylvania, the defendant,

**DANIEL J. PICCA,**

using a facility and means of interstate and foreign commerce, did knowingly initiate the transmission of the name, address, telephone number, social security number, and electronic mail address of another individual, knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which a person can be charged

with a criminal offense, namely a violation of ~~21~~ 18 U.S.C. § 2251, production of child pornography.

All in violation of Title 18, United States Code, Section 2425.

A TRUE BILL

[redacted]
FOREPERSON

10/12/2022
Date

GERARD M. KARAM
United States Attorney

GEOFFREY W. MacARTHUR
Assistant United States Attorney