UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 4:22-CR-361 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| **DANIEL J. PICCA,** | : | |
| Defendant. | : | |

# SUPERSEDING INDICTMENT

FILED
WILLIAMSPORT
MAR 14 2024
PER EA
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 2425
(Use of Interstate Facilities to
Transmit Information About a Minor)

From in or around January 2016 through on or about April 10, 2018, in Centre County, Pennsylvania, the defendant,

**DANIEL J. PICCA,**

using a facility and means of interstate and foreign commerce, did knowingly initiate the transmission of the name, address, telephone number, social security number, and electronic mail address of another individual, knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which a person can be charged

with a criminal offense, namely a violation of 21 U.S.C. § 2251, production of child pornography.

All in violation of Title 18, United States Code, Section 2425.

THE GRAND FURTHER JURY CHARGES:

**COUNT 2**
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

From in or around January 2016 through on or about April 10, 2018, in Centre County, Pennsylvania, the defendant,

**DANIEL J. PICCA,**

did, using a means and facility of interstate and foreign commerce, willfully and knowingly receive visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped and transported, and which contained materials that were mailed, shipped and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by means of computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 3</u>
18 U.S.C. § 2252(a)(4)
(Possession of Child Pornography)

From in or around January 2016 through on or about April 10, 2018, in Centre County, Pennsylvania, the defendant,

DANIEL J. PICCA,

did knowingly possess one or more matters which contained visual depictions of a minor, engaged in sexually explicit conduct, the production of which involved the use of a minor, engaging in sexually explicit conduct, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL

[redacted]

FOREPERSON

3/14/24

Date

GERARD M. KARAM
United States Attorney

G W MacArthur

GEOFFREY W. MacARTHUR
Assistant United States Attorney
(by ALISAN V. MARTIN)