IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | No. 4:22-CR-361 |
| DANIEL PICCA, | : | |
| | : | |
| Defendant. | : | (Chief Judge Brann) |

**UNOPPOSED MOTION FOR PERMISSION TO EXTEND CURFEW**

Defendant Daniel Picca, by and through his undersigned attorney, files this motion to permit him to alter and extend his current curfew of 8 p.m. until midnight (11:59 p.m.) on Saturday, October 10, 2026, within district, and respectfully represents:

1. Since October 21, 2022, Mr. Picca has been released subject to various pre-trial conditions, including, Pre-trial Services supervision.

2. One of those conditions, includes an 8 p.m. curfew.

3. Any activities falling outside of Mr. Picca's curfew requires additional approval in advance by Pre-trial Services.

4. Mr. Picca is requesting that he be permitted an extension of his curfew on Saturday, October 10, 2026 until midnight. Out of town family members are coming into State College to attend an event in Centre County.

5. Mr. Picca has been fully compliant with his conditions of supervision.

6. Both Pre-trial Services Officer Mark Kehler and Assistant United States Attorney Geoff MacArthur have been contacted and are unopposed to this motion.

WHEREFORE, Defendant respectfully requests that the Court grant his Motion to Extend Curfew to 11:59 p.m. (midnight) on October 10, 2026.

Dated: September 30, 2026

MIELE & RYMSZA, P.C.

By: s/ Edward J. Rymsza

Edward J. Rymsza, Esq.
Pa. I.D. No. 82911
Attorney for Defendant
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
(570) 322-8813 (fax)
rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 30th day of September 2026, I served the foregoing Motion to Extend Curfew, upon Geoff MacArthur and Mark Kehler, by electronic mail.

Dated: September 30, 2026

MIELE & RYMSZA, P.C.

By: s/ Edward J. Rymsza

Edward J. Rymsza, Esq.
Pa. I.D. No. 82911
Attorney for Defendant
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
(570) 322-8813 (fax)
rymsza@comcast.net